**Hon. Walter H. Rice**

IN FEDERAL DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JU MAO, | No. 3:22-cv-00201-SHR-CHG |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR** |
| FOREST MITCHELL BRIGHT, | **PRELIMINARY INJUNCTION** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiff Ju Mao moves this Court to enjoin Defendant Forest Mitchell Bright to comply on a monthly basis with his financial support obligation under the U.S. Citizenship and Immigration Services Form I-864, Affidavit of Support Under Section 213A of the INA. Pursuant to 8 U.S.C. § 1183(c), Ms. Mao further moves this Court for an award of attorney fees and costs associated with this motion.

[The remainder of this page is left blank]

Dated August 10, 2022

By: /s/Greg McLawsen
Greg McLawsen
SBA (Washington) #41870
*Admitted pro hac vice*

SOUND IMMIGRATION
113 Cherry St., ECM# 45921
Seattle, WA 98104-2205

Tel. (855) 809-5115
greg@soundimmigration.com

By: /s/Jennifer E. Nimer
Jennifer E. Nimer
SBA 0079475

NIMER LAW LLC
6555 Longshore St, Ste 602
Dublin, OH 43017

Tel. (614) 927-0270
jnimer@nimerlaw.com