Judge Walter H. Rice
Magistrate Judge Caroline H. Gentry

IN FEDERAL DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF OHIO

JU MAO,

    Plaintiff,

v.

FOREST MITCHELL BRIGHT,

    Defendant.

No. 3:22-cv-201

ORDER GRANTING AGREED MOTION TO PERMIT PRO HAC COUNSEL TO APPEAR AS TRIAL ATTORNEY

This matter having come before the Court upon the Plaintiff's Agreed Motion to Permit Pro Hac Counsel to Appear as Trial Attorney, upon the parties' agreement and good cause being showed, the Motion is **GRANTED**. Attorney Greg McLawsen may appear as trial attorney for Plaintiff Ju Mao pursuant to Local Rule 83.4(a).

Dated: 8-23-22

_____
Hon. Walter H. Rice

ORDER – Page 1

Presented:

By: /s/Greg McLawsen
Greg McLawsen
SBA (Washington) #41870
*Pro hac vice admission impending*

SOUND IMMIGRATION
113 Cherry St., ECM# 45921
Seattle, WA 98104-2205

Tel. (855) 809-5115
greg@soundimmigration.com

By: /s/Jennifer E. Nimer
Jennifer E. Nimer
SBA 0079475

NIMER LAW LLC
6555 Longshore St, Ste 602
Dublin, OH 43017

Tel. (614) 927-0270
jnimer@nimerlaw.com